# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAYS INN WORLDWIDE, INC.,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**BAKERS 26, LLC,**<br><br>　　　　**Defendant.** | Civ. No. 21-1035 (KM)(AME)<br><br>**ORDER** |

　　　This matter having come before the Court on Plaintiff's motion (DE 7) for default judgment; and the Court having considered Plaintiff's submissions; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　　**IT IS** this 23d day of August 2021,

　　　**ORDERED** that Plaintiff's motion (DE 7) for default judgment is **GRANTED**. Plaintiff shall file with the Court a submission detailing the updated amount in damages, fees, and costs, and a final proposed judgment, within thirty days of this order.

　　　　　　　　　　　　　　　　　/s/ Kevin McNulty

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**Kevin McNulty**
　　　　　　　　　　　　　　　　　**United States District Judge**